## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

MELVIN VERNARD TURNER                                                    PLAINTIFF

V.                                      NO: 4:15CV00638 BRW/PSH

GAGE VAUGHN *et al*                                                     DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Melvin Vernard Turner, who was formerly held at the White County Detention Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 15, 2015, and was granted leave to proceed *in forma pauperis*.  On June 22, 2016, Turner filed a change of address notice indicating he had been released from custody (Doc. No. 27).  The Court entered an order the following day directing Turner to pay the full $350.00 filing fee, or to file a new application for leave to proceed *in forma pauperis* (Doc. No. 28).  That order warned Turner that his failure to comply within 30 days would result in the recommended dismissal of his lawsuit.  Although more than 30 days have passed, Turner has not paid the filing fee, filed an application for leave to proceed

*in forma pauperis*, or otherwise responded to the order.  Under these circumstances, the Court concludes that Turner's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.       Plaintiff Melvin Vernard Turner's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.       The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE