**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MELVIN VERNARD TURNER**                                                        **PLAINTIFF**

**VS.**                                      **4:15CV00638 BRW**

**GAGE VAUGHN** *et al.*                                                        **DEFENDANTS**

### ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 29)

submitted by United States Magistrate Judge Patricia S. Harris.  No objections have been filed.

After careful consideration, I approve and adopt the Proposed Findings and Recommended

Disposition in all respects.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure to pay the

filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's

order.

An *in forma pauperis* appeal taken from the order and judgment dismissing this action is

considered frivolous and not in good faith.

Defendant's Motion for Extension of Time (Doc. No. 30) is DENIED as MOOT.

IT IS SO ORDERED this 30th day of August, 2016.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE